## Commonwealth *v.* Greco, Appellant.

Submitted June 11, 1973. *Abraham T. Needleman, Dennis H. Eisman, Joel D. Caney, Gerald A. Stein,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *Bernard A. Moore* and *Stewart J. Greenleaf,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction and sentence on the charge of receiving stolen goods affirmed. Remanded for resentence on the conviction for possession of marijuana under The Controlled Substance, Drug, Device and Cosmetic Act of 1972 (35 P.S. §§780-101, 113). *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).